IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE BATISTA, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:CV-17-1983 |
| v. | : | (Judge Caputo) |
| CAPT. HARRIS, *et al.*, | : | |
| Defendants | : | |

**O R D E R**

**AND NOW**, this **17th** day of **NOVEMBER, 2017,** upon consideration of Mr. Batista's motion for appointment of counsel (ECF No. 4), it is hereby ordered that the motion is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**